**No. 09-9481. Curtis Simmons, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2116, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3355.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 587 F.3d 348.